```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                    :    INFORMATION
          - v. -                    :
                                    :    07 Cr.
ROLANDO TOYO,                       :
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - - x
```



07 CRIM. 731

## COUNT ONE

The United States Attorney charges:

1. From at least in or about 2002 up to and including in or about January 2007, in the Southern District of New York, ROLANDO TOYO, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that ROLANDO TOYO, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

3. It was a further part and object of the conspiracy that ROLANDO TOYO, the defendant, and others known and unknown,

would distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal objects thereof, ROLANDO TOYO, the defendant, committed the following overt acts, among others, in the Southern District of New York:

    a. On or about January 11, 2007, TOYO possessed approximately 600 grams of heroin in New York City and New Rochelle, New York.

    b. In or about 2006, TOYO possessed a quantity of cocaine in New York City.

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney