PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
# SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Rolando Toyo                                   Docket No. 07-CR-731

Petition for Action on Conditions of Pretrial Release

    COMES NOW, PRETRIAL SERVICES OFFICER, Cynthia Labrovic presenting an official report upon the modification of the defendant, Rolando Toyo's bail conditions who was placed under pretrial release supervision on 1/16/07 by the Honorable George A. Yanthis.

PRAYING THAT THE COURT WILL ORDER:

Modify bail to reduce supervision from Strict to Routine

ORDER OF COURT                                          Respectfully,

Considered and ordered this ___7th___ day
of ___January___, 2008 and ordered filed
and made a part of the records in the above
case.                                                   _____
                                                        U.S. Pretrial Services Officer

_____
U.S. District Judge Kenneth M. Karas                    Place: White Plains

                                                        Date: January 10, 2008

USDS
DOC
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____